BEFORE THE SECOND DIVISION, FEBRUARY 7, 1963

No. 67420.—Lewis T. Fisher v. United States, protest 61/8667 (Buffalo).

Opinion by LAWRENCE, J. It was stipulated that the automobile in question was acquired abroad as an incident of the journey from which the plaintiff was returning. Following *United States* v. *Robert K. Herbst* (48 CCPA 145, C.A.D. 781), the claim of the plaintiff was sustained, and it was held that the personal exemptions should be applied against the value of said automobile to the extent that said exemptions were otherwise uncharged.